# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
DEC 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>**Barry Lee Bowser, Jr.**<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 5:14-mj-00058-JLT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 12, 2014__ in the county of __Kern__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 39A | Aiming the beam of a laser pointer at an aircraft or its flight path. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erick T. Bach, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/29/14

_____
*Judge's signature*

City and state: Bakersfield, California

Jennifer L. Thurston, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ISSUANCE OF ARREST WARRANT

I, Erick T. Bach, being first duly sworn, hereby depose and state as follows:

## A. INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since August 2012. I am currently assigned to the Sacramento Division, Bakersfield Resident Agency Joint Terrorism Task Force (JTTF). I am also the Airport Liaison Agent responsible for coordinating all laser strike incidents within Kern and Inyo Counties, along with all airport-related disaster response incidents. My training and experience has included courses addressing basic criminal law, federal court procedures, domestic and international terrorism and various investigative techniques. My responsibilities as a Special Agent with the Federal Bureau of Investigation include investigating crimes of domestic terrorism to include offenses involving crimes against transportation systems and interference with flight crews.

2.     I have investigated crimes involving laser devices on three separate occasions. On February 27, 2013, I investigated a laser strike incident involving green and purple handheld laser devices aimed at a Kern County Sheriff's Office ("KCSO") helicopter flying routine patrol in Bakersfield, California.[1] One adult subject was identified, arrested and charged in this district of violating Title 18, United States Code, Sections 32(a)(5), 32(a)(8) and 39A, and 2. The subject was ultimately sentenced to 21 months in prison and a 3 year term of supervised release.

---

[1] All references to dates and times herein are to approximate dates and times.

3. On March 7, 2014, I investigated a laser strike incident involving a green handheld laser device aimed at a KCSO helicopter flying routine patrol in Bakersfield, California. One adult subject was identified, arrested and charged in this district of violating Title 18, United States Code, Section 39A. The case is set for a change of plea on January 20, 2015, before Senior U.S. District Judge Anthony W. Ishii.

4. On May 8, 2014, I investigated a laser strike incident involving a green handheld laser device aimed at a privately-owned Cessna aircraft conducting an approach for landing in Tehachapi, California. The subjects were identified, arrested and interviewed with a full confession of the incident. The case was not pursued federally, in lieu of state prosecution for other serious crimes.

5. This affidavit is intended to show only that there is sufficient probable cause to establish a violation of federal criminal law, as discussed herein, and to support the issuance of an arrest warrant. It does not set forth all of my knowledge about this matter.

## B. APPLICABLE LAW

6. Title 18, United States Code, Section 39A provides: Whoever knowingly aims the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft, shall be fined under this title or imprisoned not more than 5 years, or both. Special aircraft jurisdiction of the United States is defined under Title 49, United States Code, Section 46501(2), and includes the following aircraft in flight:

    a. A civil aircraft of the United States
    b. An aircraft of the United States Armed Forces; or
    c. Another aircraft in and outside the United States destined for the United States.

7.      I have learned the following from investigation, from interviews of contacts, victims, potential witnesses and/or suspects, and my review of law enforcement reports prepared in this case, and from discussion of this case with assisting agents and/or officers. The purpose of this affidavit is to support a complaint charging BARRY LEE BOWSER Jr. with a violation of Title 18, United States Code, Section 39A.

## C. PROBABLE CAUSE

8.      On September 12, 2014, at 12:25 a.m., a KCSO helicopter, Air-1, flying at an altitude of approximately 500 feet Above Ground Level (AGL), was providing support to ground units responding to a man armed with a gun when it was struck two times by a green laser. The first strike lasted for a second and the second strike lasted for approximately three seconds. The second strike was held long enough for the pilot of Air-1 to visually spot the exact location of the source which was when the pilot spotted the subject standing in an open area. The pilot immediately executed a left, diving, turn toward the source to gain airspeed while closing the distance. The pilot flipped his Night Vision Goggles (NVG) down which made it easier to keep a visual on the subject while he was still out in the open area.

9.      The laser appeared to be tracking Air-1 which was approximately two miles south of Bakersfield Meadows Field Airport (BFL) directly over State Route 99. The source of the laser beam was located at 3401 Sillect Avenue, Bakersfield, California, approximately 1/8 mile away at a 9 o'clock position to Air-1.

10.     The Tactical Flight Officer (TFO) kept the subject illuminated with the helicopter's spotlight and continued observations until both the pilot and TFO lost sight of the

3

subject when he walked under a large, metal awning. The TFO used binoculars to obtain a good description of the subject during observation.

11.  While the TFO, who was using binoculars, kept the subject under observation and the pilot kept the subject illuminated by the spotlight, the TFO witnessed the subject reach under a closed, locked, chain-link gate and receive a bowl with what appeared to have food in it from a person who was the driver of an SUV parked at the outside of the fence gate. After the exchange was completed, the driver entered the SUV and left moments later. The pilot and TFO were unable to determine for certain if the laser was handed to the driver of the SUV.

12.  Air-1 personnel contacted Bakersfield Police Department (BPD) dispatch and reported the incident and location of the source of the laser beam. As directed by Air-1 personnel, BPD officers immediately responded to the area, where a commercial business was located. The main gate to the closed business was locked with a chain and padlock. The top of the chain link fence was lined with razor wire. The officers called out to anyone on the property to respond to the gate and a man stepped out of a motorhome parked under a metal canopy on the property and walked to the gate. The man was identified as BARRY LEE BOWSER, JR.

13.  While the officers spoke with BOWSER outside of the motorhome at the gate, the pilot and TFO of Air-1 were able to positively identify BOWSER as the same man who had shined the laser at the helicopter. The subject shining the laser had been visible with the naked eye standing in an open area of the closed business wearing distinctive white camouflage shorts and no shirt which matched BOWSER'S clothing.

14.  While the police officers were contacting BOWSER, Air-1 personnel advised the

officers that, prior to their arrival, the pilot of Air-1 had witnessed BOWSER make a hand-to-hand exchange with a driver of a brown SUV which fled their location in an unknown direction.

15. During his initial contact with the BPD officers, BOWSER admitted to the police officers that he was the person who had been aiming the beam of a green laser pointer at Air-1. BOWSER said he had just placed new batteries into the laser and was testing its capabilities. When the police officer asked for the laser, BOWSER replied that he had just given the laser to a friend named Todd who had driven away in an SUV moments before the police arrived. BOWSER could not provide any of Todd's contact information, address or additional identifiers.

16. The laser strikes disrupted the pilot's support mission and took his attention away from flying the aircraft. The pilot experienced flash blindness in his left eye which remained irritated for several hours after the incident. The irritation was described as similar to the sensation of having sand in the eye.

17. BOWSER was arrested by BPD and transported to KCSO Jail for violation of California Penal Code Section 247.5, discharging a laser at an aircraft.

18. State prosecution was declined in lieu of federal prosecution and BOWSER was released from the KCSO jail on September 12, 2014 at 8:43 pm.

19. On October 2, 3, and 9th, 2014, Special Agents (SA) of the FBI observed BOWSER at the same vacant property where BOWSER was initially arrested by BPD for aiming the laser at Air-1. The vacant property is owned by Acoustical Material Service (AMS). It appeared BOWSER's presence on the property may be to provide on-site security. On the above-mentioned dates, agents observed BOWSER entering and exiting the motorhome throughout the day and, at approximately 8:50 am on those days, BOWSER would emerge from the motorhome

and unlock the main gate to allow various contractors into the property to work within the main building structure.

20.     On October 16, 2014, a search warrant, authorized by U.S. Magistrate Jennifer L. Thurston of the Eastern District of California, issued for the motorhome, described as a 1977 Class C Motorhome, California license # 015RRL, white with flame pattern lines on hood.

21.     On October 17, 2014, an attempt to execute the search warrant was made at the above-mentioned property; however, the motorhome previously observed was no longer on the property. BPD issued a Be On the Lookout (BOLO) in an attempt to locate the motorhome.

22.     On October 26, 2014, at 8:00 p.m., BPD officers located the motorhome at 1428 Pearl Street, Bakersfield, California. A search was executed at that location at 9:00 p.m. During the search of the motorhome, it was evident that someone had cleaned out the vehicle, since all personal items had been removed. No items contained within the search warrant were located and seized.

23.     The resident of 1428 Pearl Street, where the search was conducted, reported that BOWSER had dropped the motorhome off at a friend's house belonging to DANNY GIBSON. GIBSON then brought the motorhome to 1428 Pearl Street to be cleaned.

24.     At approximately 9:30 p.m., GIBSON arrived at 1428 Pearl Street after being called by the residents of the search location. GIBSON said that the motorhome belonged to him and he had loaned it to BOWSER who was homeless. GIBSON worked for AMS and gave BOWSER the key to the gate and asked him to live on the property in order to prevent theft from the property which had been a recent problem. GIBSON reported that since BOWSER was on the property, theft rates had actually increased.

25. GIBSON also reported that about a year ago he had purchased several green lasers from an online store for approximately $20. He had given one to BOWSER and kept one for himself. GIBSON indicated that he threw his laser away after it stopped working. GIBSON reported that BOWSER still had the same laser that was given to him.

26. GIBSON stated that he had a conversation with BOWSER about the laser incident with the helicopter and BOWSER admitted to GIBSON that he had aimed the laser at the helicopter several times.

27. According to GIBSON, BOWSER said that he was leaving the state of California, because he was "getting into too much trouble with law enforcement and would be prosecuted soon." According to GIBSON, BOWSER had a girlfriend, who would be traveling with BOWSER to the state of Arkansas where the girlfriend had a residence owned by a friend. BOWSER and the girlfriend would live there once they arrived.

## D. CONCLUSION

28.     Based on the foregoing, I respectfully submit there is probable cause to believe that BARRY LEE BOWSER, Jr., did knowingly aim the beam of a laser pointer at an aircraft or its flight path, in violation of Title 18, United States Code, Section 39A.

Your affiant swears under penalty of perjury that the facts presented are true and accurate to the best of my knowledge.

ERICK T. BACH
Special Agent
Federal Bureau of Investigation

SWORN TO BEFORE ME, AND SUBSCRIBED
IN MY PRESENCE THIS 29th DAY OF
DECEMBER, 2014.

JENNIFER L. THURSTON
U.S. Magistrate Judge

Reviewed and Approved as to Form this
19th Day of December, 2014

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

8