AO 442 (Rev. 11/11) Arrest Warrant

ISSUED SEALED

Case 5:14-mj-00058-JLT Document 6 Filed 03/17/15 Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
Eastern District of California


FILED
MAR 17 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Barry Lee Bowser, Jr. | ) | Case No. 5:14-mj-00058-JLT |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

USMS FRESNO RCVD
DEC 31 2014 PM 2:27

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Barry Lee Bowser, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Aiming the beam of a laser pointer at an aircraft or its flight path, in violation of 18 U.S.C. Section 39A.

Date: 12/29/14

*Issuing officer's signature*

City and state: Bakersfield, California

Jennifer L. Thurston, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/31/14 , and the person was arrested on *(date)* 03/17/15
at *(city and state)* San Luis Obispo, CA .

Date: 03/17/15

FBI
*Arresting officer's signature*

SA Erick Bach FBI
*Printed name and title*

9702274