BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:14-mj-00058 JLT |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BARRY LEE BOWSER, JR., | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and arrest warrant in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated:   **March 17, 2015**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE